TYLER McNAIER, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued October 23, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 11, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Brainard Tolles* for appellant.

*Joseph S. Wood* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

ALBERT L. HANSCOM, Respondent, *v.* MORTIMER HENDRICKS, Appellant.

(Submitted October 24, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 29, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Abram Kling* for appellant.

*Charles E. Hughes* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.